SAMUEL A. RAWLINGS, Appellant, v. GREENLAWN CEMETERY CORPORATION, Respondent.— Order affirmed, with costs. All concur. (The order affirms a judgment of the Syracuse Municipal Court in favor of the defendant in an action for breach of contract.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

NICHOLAS J. WELDGEN, DALLAS C. NEWTON and JOSEPH B. BOYLE, Appellants, v. EVERETT K. VAN ALLEN, Respondent.— Orders affirmed, with ten dollars costs and disbursements. All concur. (The orders deny plaintiffs' motion for summary judgment and assessment of damages, and for an extension of time to move under rule 109 of the Rules of Civil Practice and to strike out the defense in defendant's amended answer.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

CHARLOTTE HENNESSEY, Respondent, v. THE CITY OF LOCKPORT, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for personal injuries sustained by falling over an obstruction in public sidewalk. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

### (March 25, 1938.)

In the Matter of the Application of HENRY R. BLOCH and ROSA ROSENBLOOM, as Executors and Trustees, etc., of MARCUS ROSENBLOOM, Deceased, and Another, Respondents, for an Order that WILLIAM F. CANOUGH, Commissioner of Assessments and Taxation for the City of Syracuse, Appellant, Show Cause Why the Assessment of the Property of Said Petitioners for the Year 1937 Should Not Be Declared Erroneous, etc. (Appeal No. 3.) (Also Five Other Titles.) — Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendants' motion to vacate a final order in a tax review proceeding for the purpose of receiving expert's further evidence.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of HENRY R. BLOCH and ROSA ROSENBLOOM, as Executors and Trustees, etc., of MARCUS ROSENBLOOM, Deceased, and Another, Respondents, for an Order that WILLIAM F. CANOUGH, Commissioner of Assessments and Taxation for the City of Syracuse, Appellant, Show Cause Why the Assessment of the Property of Said Petitioners for the Year 1937 Should Not Be Declared Erroneous, etc. (Appeal No. 4.) (Also Five Other Titles.) — Order affirmed, with costs. All concur. (The order denies defendants' motion to vacate a final order in a tax review proceeding for the purpose of receiving newly-discovered and other further evidence.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.